**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:16CR00157 AGF/DDN |
| ) | |
| v. ) | |
| ) | |
| SHAUN R. HAYES and ) | |
| MICHAEL H. LITZ, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHAL H. LITZ

COME NOW the undersigned attorneys, and move this Court entering its Order permitting counsel to withdraw as the attorneys for Defendant Michael H. Litz.

In support of this Motion, movants state that irreconcilable differences have arisen between client and counsel which cannot be resolved.

WHEREFORE, counsel requests of the Court that they be permitted with withdraw from this case.

/s/ Arthur S. Margulis        /s/ William S. Margulis

1

Respectfully submitted,

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**

By: */s/ Arthur Margulis*
Arthur S. Margulis, #16906 MO
William S. Margulis, #37625MO
7701 Forsyth Boulevard, 12th Floor
St. Louis, Missouri  63105
Telephone: (314) 721-7701
Facsimile: (314) 721-0554
amargulis@capessokol.com
wmargulis@capessokol.com

*Attorneys for Defendant*
*Michael H. Litz*

### CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2016, I filed this pleading electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney and all other counsel in this case.

*/s/ William S. Margulis*

2